

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2018

No. 04-18-00496-CV

**IN THE INTEREST OF M.A.S.L. AND K.J.L., CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01773
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The reporter's record in this accelerated appeal was due July 27, 2018. However, court reporter Elva Chapa failed to file her portion of the reporter's record. On August 9, 2018, this court notified Ms. Chapa by letter that her portion of the record had not been filed. *See* TEX. R. APP. P. 37.3. Our notice required Ms. Chapa to file the record no later than August 19, 2018, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case she was required to file a notice so advising the court no later than August 14, 2018. *See id.* On August 15, 2018, Ms. Chapa filed a notification of late record asking for an extension of time of ten (10) days. In her notice, Ms. Chapa explains she was not notified timely about this record, but she anticipates completing it by August 27, 2018.

We remind the court reporter that, by statute, this appeal is accelerated, **and is to take precedence over other matters**. TEX. FAM. CODE ANN. § 109.002(a-1) (West Supp. 2017). Strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights — specifically, the appellate court must dispose of the appeal within 180 days of the date the notice of appeal is filed in the trial court. With regard to the appellate record, pursuant to Rule 35.3(c) of the appellate rules, this court may not grant an extension of more than ten days in an accelerated appeal. TEX. R. APP. P. 35.3(c). Moreover, in appeals involving the termination of parental rights, any extensions granted "must not exceed 30 days cumulatively, absent extraordinary circumstances." *See* R. 28.4(b)(2).

We therefore **GRANT** the court reporter's request for an extension of time to file the reporter's record in this court. We **ORDER** court reporter Elva Chapa to file the reporter's record in this court **on or before August 27, 2018**.

We further **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2018.



KEITH E. HOTTLE,
Clerk of Court